137 A.3d 1194

IN THE MATTER OF MARIO A. BATELLI, A
JUDGE OF THE MUNICIPAL COURT.

June 16, 2016.

## ORDER

The Advisory Committee on Judicial Conduct having filed with
the Court pursuant to *Rule* 2:15–15(a), a presentment recommend-
ing that **MARIO A. BATELLI,** a Judge of the Municipal Court of
the Borough of Totowa, be suspended from the performance of his
judicial duties for a period of one month, without pay, for misusing
his judicial office to access the criminal history of another for
personal reasons, as charged in Count II of the formal complaint,
conduct in violation of the following Canons of the *Code of
Judicial Conduct: Canon* 1 (a judge should maintain high stan-
dards of conduct so the integrity and independence of the judicia-
ry are preserved), *Canon* 2A (a judge should act in a manner that
promotes public confidence in the integrity and impartiality of the
judiciary), and *Canon* 2B (a judge should not allow family relation-
ships to influence judicial conduct or judgment);

And the Committee having found that the factual allegations of
violation of *Canons* 1, 2A and 2B of the *Code of Judicial Conduct*
asserted in Count I of the formal complaint do not constitute
violations of the cited Canons and having recommended that the
charges in Count I be dismissed;

And respondent, through counsel, having accepted the findings
and recommendation for discipline of the Advisory Committee on
Judicial Conduct and having waived his right to the issuance of an
Order to Show Cause and a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the findings and recommendation of the
Advisory Committee on Judicial Conduct are adopted, including
the dismissal of the charges in Count I of the formal complaint,
and **MARIO A. BATELLI,** a Judge of the Municipal Court, is

hereby suspended from the performance of his judicial duties, without pay, for a period of one month: June 27, 2016, through July 27, 2016.